MAY 15 2026 PM 12:59
FILED - USDC - FLMD - TPA

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# United States District Court

### for the

Middle District of Florida

### District of

Tampa

### Division

| | |
|---|---|
| Tiffany Wilson<br>**Plaintiff(s)**<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* USPS<br>-v-<br>**Defendant(s)**<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 8:26-CV-1472-WFJ-LSG<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  Yes ☐  No ☐ |

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tiffany Wilson |
| Street Address | 38141 Springdale Rd |
| City and County | Zephyrhills / Pasco |
| State and Zip Code | Florida 33540 |
| Telephone Number | 352-807-7188 |
| E-mail Address | Tiffanylyn2025@gmail.com |

**B. The Defendant(s)**

Page of 6


I.F.P.

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | USPS United States Postal Service |
| Job or Title *(if known)* | |
| Street Address | 38032 Postal Dr. |
| City and County | Zephyrhills / Pasco |
| State and Zip Code | Florida 33542 |
| Telephone Number | 800-275-8777 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

## A. The Plaintiff(s)

**1. If the plaintiff is an individual**

| The plaintiff, *(name)* | Tiffany Wilson | , is a citizen of the |
|---|---|---|
| State of *(name)* Florida | | . |

**2. If the plaintiff is a corporation**

| The plaintiff, *(name)* | | , is incorporated |
|---|---|---|
| under the laws of the State of *(name)* | | , |
| and has its principal place of business in the State of *(name)* | | |
| | | . |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

## B. The Defendant(s)

**1. If the defendant is an individual**

| The defendant, *(name)* | | , is a citizen of |
|---|---|---|
| the State of *(name)* | | . Or is a citizen of |
| *(foreign nation)* | | . |

**2. If the defendant is a corporation**

| The defendant, *(name)* | United States Postal Service | , is incorporated under |
|---|---|---|
| the laws of the State of *(name)* | Florida | , and has its |
| principal place of business in the State of *(name)* | Florida | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | | . |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

## C. The Amount in Controversy

The amount in controversythe amount the plaintiff claims the defendant owes or the amount at stakeis more than $75,000, not counting interest and costs of court, because *(explain):* Personal Damaged my vehicle totaled it out. ~~~~ inguries Did go to a chiropractor. Pain and suffering, Anxiety and Depression do to me still without transportation 14 months later, lost of income while being six months Pregnant.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.

On January 29, 2025 I was Driving home. The United States Postal Service vehicle Ran stop sign and T-boned me on the passenger side of vehicle causing my vehicle to be totaled.

Page of 6

State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* USPS United States Posto Service , owes the plaintiff *(specify the* amount)* $ $60,000 , because *(use one or more of the following, as appropriate):*

Of there Negligence, Pain and Suffering left without a vehicle over this.

### A.On a Promissory Note

| On *(date)* | | , the defendant signed and delivered a note promising to pay the plaintiff | |
|---|---|---|---|
| on *(date)* | | the sum of *(specify the amount)* $ | | with interest at the rate |

of *(specify the amount)* | percent. The defendant has not paid the amount due and owes

*(state the amount of unpaid principal and interest)* $ | . A copy of the note is attached as an

exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B.On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ | . This debt arises from an

account between the parties, based on *(state the basis, such as an agreement between a creditcard company and a creditcard holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period

and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ | . Copies of the bills or account statements are

attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

### C.For Goods Sold and Delivered

The defendant owes the plaintiff *(specify the amount)* $ | , for goods sold and delivered

| by the plaintiff to the defendant from *(date)* | | to *(date)* | | . |

### D.For Money Loaned

| The defendant owes the plaintiff *(specify the amount)* $ | | , for money the plaintiff loaned |

| the defendant on *(date)* | | . |

### E.For Money Paid by Mistake

| The defendant owes the plaintiff *(specify the amount)* $ | | for money paid by mistake to |

| the defendant on *(date)* | | , when the defendant received the payment from *(specify who* |

*paid and describe the circumstances of the payment)*

| | |
|---|---|
| | |

### F.For Money Had and Received

| The defendant was paid money *(specify the amount)* $ | | on *(date)* | | b y |

*(identify who paid and describe the circumstances of the payment)*

| | |
|---|---|
| | |

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as*

*that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a*

*deposit to be returned)*

| | |
|---|---|
| | |

### IV.Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | | |
|---|---|---|
| Signature of Plaintiff | *Tiffany Wilson* | |
| Printed Name of Plaintiff | Tiffany Wilson | |

### B.For Attorneys

| Date of signing: | | |
|---|---|---|
| Signature of Attorney | | |
| Printed Name of Attorney | | |
| Bar Number | | |
| Name of Law Firm | | |
| Street Address | | |
| State and Zip Code | | |
| Telephone Number | | |
| E-mail Address | | |

I was involved in a accident January 29, 2025. I was coming home from picking up my daughters step sister. I was T-boned on my passenger side by A USPS mail truck I hired morgan & morgan as of May 11, 2026 they told me that they ~~on~~ no longer want to represent me with no explanation or reason why. Im a Single mother of four kids I have been without transportation Since the day of this ~~Accident~~ Accident I have been through pain and Suffering Anxiety Stress loss of income do to the car was mine and my boyfriends So he used to provide for the family when car was totaled We lost that Source of income as of may 12, 2026 we still have not recoverd from this Im still without transportation I have been trying to find ride when I need them but thats hard because I cant be on everyone ~~elses~~ elses Schedule. I know I Should be compensated for pain and Suffering Anxiety, stress loss of income and for my time that I have beem not happy about the outcome with it being a year and 4 months ago. My life hasn't been the Same Its been stressful